clsfm 04/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Heidi G. Lutz**
 853 Thomas Ave., #13
San Diego, CA 92109
xxx−xx−4545
*No Known Aliases*

Case number:  08−08487−PB7
Chapter:  7
Judge  Peter W. Bowie

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor(s) did not file proof of completion of *Instructional Course Concerning Personal Financial Management* . If the Debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the *Financial Management Course Certificate* , the Debtor(s) must pay the reopening fee.

It appearing to the Court that the Trustee in the above−entitled case has filed a *Report of No Distribution* and that the said Trustee has performed all other duties required of the Trustee in the administration of said case; now, therefore, **IT IS ORDERED** that said report be and it hereby is approved and the case is closed; and the Trustee is discharged from and relieved of his trust.

Dated:  12/8/08

Barry K. Lander
Clerk of the Bankruptcy Court